IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
Plaintiff
vs
MARILYN AYALA-ORTIZ
Defendant

CRIMINAL 12-0660CCC

**ORDER**

Having considered the Report and Recommendation filed on August 2, 2013 (**docket entry 37**) on a Rule 11 proceeding of defendant Marilyn Ayala-Ortiz before U.S. Magistrate Judge Silvia Carreño-Coll on July 22, 2013, to which no objection has been filed, the same is APPROVED.  Accordingly, the plea of guilty of defendant is accepted.  The Court FINDS that her plea was voluntary and intelligently entered with awareness of her rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since July 22, 2013.  The **sentencing hearing is set for October 24, 2013 at 4:40 PM**.

SO ORDERED.

At San Juan, Puerto Rico, on August 26, 2013.

S/CARMEN CONSUELO CEREZO
United States District Judge